UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELDER NOE MARTIN GONZALEZ,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION CENTER,

Respondent.

No. 1:26-cv-06980-DAD-CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF *HABEAS CORPUS*

(Doc. No. 6)

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 14, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted. (Doc. No. 6.) Specifically, the magistrate judge determined that petitioner's unlawful detention violates due process, and the appropriate remedy is his immediate release. (*Id.* at 2–4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 4–5.) To date, neither party has filed objections and the time in which to do so has passed.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons explained above,

1. The pending findings and recommendations (Doc. No. 6) are ADOPTED IN FULL;
2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows;
    a Respondent is ORDERED to immediately release petitioner Elder Noe Martin Gonzalez, A-File No. 220-244-199, from respondent's custody under the same conditions, if any, he was subject to prior to his re-detention on or about August 1, 2026;
    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner, absent exigent circumstance, unless petitioner is provided seven (7) days' notice and a pre-deprivation bond hearing before a neutral arbiter where respondent will have the burden of establishing that petitioner is either a flight risk or danger to the community by clear and convincing evidence, at which petitioner's eligibility for bond must be considered;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Center; and
4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 2, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE